**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-017 |
| | § | |
| ARTEE JORDAN CLARK, *et al.* | § | |

**O R D E R**

Defendant Terrance Posey filed an unopposed motion for continuance, (Docket Entry No. 42). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 13, 2011 |
| Responses are to be filed by: | May 27, 2011 |
| Pretrial conference is reset to**:** | **May 31, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 6, 2011, at 9:00 a.m.** |

SIGNED on February 17, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge